USDC SCAN INDEX SHEET










JAH     3/4/04     10:19

3:99-CV-02202     FREUND V. NYCOMED AMERSHAM

*182*

*STIPO.*

| | |
|---|---|
| 1 | John S. Adler, Esq., SBN #060398<br>LAW OFFICES OF JOHN S. ADLER |
| 2 | A Professional Corporation<br>550 West "C" Street, Suite 1500 |
| 3 | San Diego, CA 92101-3540<br>Telephone: (619) 231-8825 |
| 4 | Fax: (619) 231-5899 |
| 5 | Attorney for Plaintiff<br>JEFFREY R. FREUND |



FILED

MAR 3 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY R. FREUND, | ) | CASE NO. 99 CV 2202IEG POR |
| Plaintiff, | ) ) | STIPULATION AND REQUEST FOR COURT APPROVAL AND ORDER OF |
| vs. | ) ) | DISMISSAL, WITH PREJUDICE, ENTIRE ACTION |
| NYCOMED AMERSHAM, a business entity, form unknown, AMERSHAM HOLDINGS, INC., NYCOMED AMERSHAM IMAGING, a division of NYCOMED AMERSHAM, and AMERSHAM/MEDI-PHYSICS, INC., a division of NYCOMED AMERSHAM, and DOES 1 through 100, Inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

///
///
///
///
///
///
//
///
///

ENTERED ON 3/3/04

182

IT IS HEREBY STIPULATED by and between all parties to this action, plaintiff JEFFREY R. FREUND, by and through is designated counsel of record John S. Adler, and defendants NYCOMED AMERSHAM, AMERSHAM HOLDINGS, INC., NYCOMED AMERSHAM IMAGING, a division of NYCOMED AMERSHAM, and AMERSHAM/MEDI-PHYSICS, INC., a division of NYCOMED AMERSHAM, by and through their designated counsel of record John E. McDermott, of Howrey Simon Arnold & White, that the action, identified as *JEFFREY R. FREUND, Plaintiff, vs. NYCOMED AMERSHAM, a business entity, form unknown, AMERSHAM HOLDINGS, INC., NYCOMED AMERSHAM IMAGING, a division of NYCOMED AMERSHAM, and AMERSHAM/MEDI-PHYSICS, INC., a division of NYCOMED AMERSHAM, and DOES 1 through 100, Inclusive, Defendants*, Case No. 99 CV 2202IEG POR, should be dismissed with prejudice, pursuant to applicable law.

The parties have entered into a settlement agreement to resolve the entirety of this litigation, subject to this court's dismissal, with prejudice, entire action.

IT IS SO STIPULATED:

Dated: 2/24/04

_____
John S. Adler, Esq.
Attorney Plaintiff-Appellee and Cross-Appellant Jeffrey R. Freund

IT IS SO STIPULATED:

Dated: 2/26/04

_____
John E. McDermott, Esq., of
Howrey Simon Arnold & White
Attorneys for Nycomed Amersham; Amersham Holdings, Inc.; Nycomed Amersham Imaging; Amersham/Medi-Physics, Inc., Defendants-Appellants and Cross-Appellees

IT IS SO ORDERED.

3/3/04

_____
Irma E. Gonzalez, District Judge Presiding

2